■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GILES, Appellant.—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on March 16, 1984, unanimously affirmed. Motion by defendant-appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Murphy, P. J., Sandler, Asch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN GONZALEZ, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on March 12, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Asch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS GREGORY, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on December 17, 1984, unanimously affirmed. Motion by defendant-appellant for leave to enlarge the record on appeal to include certain exhibits granted. No opinion. Concur—Murphy, P. J., Sandler, Asch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MARTINEZ, Appellant.—Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on July 9, 1985, unanimously modified, on the law, the facts and in the exercise of discretion, so as to reduce the surcharge to $75, and otherwise affirmed. No opinion. Concur—Murphy, P. J., Ross, Kassal, Wallach and Smith, JJ.

■ YVONNE HADDOCK, Petitioner, v CITY OF NEW YORK, Defendant, and HANSEL L. McGEE, Respondent.—Application for a writ of mandamus unanimously denied and the petition dismissed as moot, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Kassal, JJ.